**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

| | | |
|---|---|---|
| THE FISHING RIGHTS ALLIANCE, INC.; KURT THEODORE; AND JACK HEXTER; | ) ) ) ) | **CIVIL ACTION NO.** 8:15-CV-01254-MSS-MAP |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | **JUDGE: SCRIVEN** |
| PENNY S. PRITZKER; EILEEN SOBECK; NATIONAL MARINE FISHERIES SERVICE; ROY CRABTREE, | ) ) ) ) ) | **MAGISTRATE JUDGE: PIZZO** |
| *Defendants*. | ) ) ) | |

---

**MOTION BY ENVIRONMENTAL DEFENSE FUND AND OCEAN CONSERVANCY FOR LEAVE TO FILE ATTACHED AMICUS BRIEF IN SUPPORT OF THE SUMMARY JUDGMENT MOTIONS OF DEFENDANTS AND DEFENDANT-INTERVENOR AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Ocean Conservancy and Environmental Defense Fund ("EDF") respectfully move this Court for leave to file an amicus brief, attached, in the above-captioned case in support of Defendants Penny S. Pritzker et. al. As explained below, potential amici have significant knowledge and expertise in the subject matter of this litigation that will aid the Court's consideration.

The prospective amici have sought consent for this filing from parties' counsel. Plaintiffs oppose the motion and and Defendants take no position on the motion.

**EDF'S INTEREST**

EDF is a leading, national not-for-profit organization with more than 300,000 members. Declaration of Matt Tinning ("Tinning Decl.") ¶ 2 (attached as Exhibit A). Since 1967, EDF has linked science, economics, law and innovative private-sector partnerships to create breakthrough

1

solutions to the most serious environmental problems. *Id.* Through its Oceans Program, EDF identifies and supports the implementation of creative, practical solutions to the most critical problems facing the world's oceans. *Id.*

In the 1990s, EDF identified individual fishing quotas ("IFQs"), a type of catch share, as a promising way to align the conservation and economic interests of Gulf of Mexico red snapper commercial and recreational fishermen. Tinning Decl. ¶ 3.  EDF staff participated in the Ad Hoc Red Snapper Advisory Panel that developed a profile of an IFQ program for red snapper. Tinning Decl. ¶ 4.

EDF has also worked with fishermen in the recreational sector of the red snapper fishery to develop solutions. EDF staff regularly meet with anglers who fish in the Gulf of Mexico, attend meetings of the Gulf of Mexico Fishery Management Council concerning recreational issues, and submit comments on actions under consideration by the Council concerning recreational matters, including some of the fishery management plan amendments described in the Plaintiffs' brief in support of their motion for summary judgment.  Tinning Decl. ¶ 5.

This extensive experience advocating for solutions in the Gulf of Mexico red snapper fishery gives EDF a unique and significant knowledge base from which to provide insight on the issues in this case. Our status as a national environmental group also gives us a different perspective from the parties in the case. As a result, EDF's participation could assist the Court in deciding the issues presented here.

### OCEAN CONSERVANCY'S INTEREST

Ocean Conservancy is a national not-for-profit organization with more than 120,000 members focused on using research, education, and science-based advocacy to improve the

health of marine wildlife and fish in our nation's waters. See Declaration of Chris Dorsett, attached as Exhibit B.

Ocean Conservancy has actively engaged with the Gulf of Mexico Fishery Management Council and the National Marine Fisheries Service ("NMFS") at public hearings, through letters, and public comment for nearly three decades, see, *e.g.,* Letter from Kimberly S. Davis, Ocean Conservancy *Sub. Nom.* Center for Marine Conservation, and Chris Dorsett, Gulf Restoration Network to Dr. Andrew Kemmerer, NMFS Regional Administrator (Aug. 13, 1998), and has been urging the adoption of sector separation as a critical conservation tool to rebuild the red snapper stock for several years. Ocean Conservancy advocates that sector separation will have strong conservation benefits for the recreational red snapper fishery and will increase predictability of seasons and access for fishermen from both components of the recreational fishery. This extensive expertise could assist the Court in deciding the issues presented here.

## CONCLUSION

In sum, EDF and Ocean Conservancy have significant experience working with the Defendants to improve the management of Gulf of Mexico red snapper, and they respectfully request permission to participate in this case to provide the Court with the benefit of their perspectives on the important conservation issues at stake here.

DATED this 22nd day of April, 2016.

Respectfully submitted,

By:_____

Jon Paul S. Brooker
FL Bar No. 0120442

Ocean Conservancy
600 1st Avenue North, Suite 301
St. Petersburg, FL  33701
(727)286-0338
jbrooker@oceanconservancy.org

Ivy N. Fredrickson
OR Bar No. 113874
Ocean Conservancy
1300 19th Street, NW, 8th Floor
Washington, DC  20036

Monica B. Goldberg
CA Bar No. 176311
Environmental Defense Fund
1875 Connecticut Ave. NW, Suite 600
Washington, DC  20009